CHAMPLIN *against* FONDA AND LANSING.

Where a *solicitor* files a bill in *propria persona*, a *notice* served on his agent, as a *solicitor* of the Court, is good service.

*July* 6th.

THE plaintiff in this case was a solicitor of the Court; and a question having arisen as to the service of a *notice* on him, the CHANCELLOR said, that where a solicitor of the Court files a bill in *propria persona*, as plaintiff, a notice served on his *agent*, as a *solicitor* of the Court, should be deemed a good service on him as *plaintiff*.